UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>LUIS ANGEL ESCOBEDO-MEDINA,<br><br>                         Defendant. | Case No. 19cr2749-JAH<br><br>**ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the information shall be dismissed against Luis Angel Escobedo-Medina without prejudice.

**IT IS FURTHER ORDERED** bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

**IT IS SO ORDERED**.

DATED: August 28, 2019

_____
JOHN A. HOUSTON
United States District Judge

19cr2749-JAH